Amy P. Lally, SBN 198555
alally@sidley.com
Darlene M. Cho, SBN 251167
dcho@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants
KIMBERLY-CLARK GLOBAL SALES, LLC; and KIMBERLY-CLARK WORLDWIDE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFF JONAH, an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION; KIMBERLY-CLARK WORLDWIDE, INC.; KIMBERLY-CLARK GLOBAL SALES LLC; and DOES 1 through 50<br><br>Defendants. | Case No. 3:15-cv-03243-EDL<br><br>**Assigned to the Hon. Elizabeth D. Laporte**<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 Defendants Kimberly-Clark Worldwide, Inc, and Kimberly-Clark Global Sales, LLC hereby certify, through their undersigned counsel, as follows:

1. Kimberly-Clark Corporation is a publicly held corporation. Kimberly-Clark Corporation does not have a parent corporation.

2. No publicly held corporation owns ten percent or more of Kimberly-Clark's stock.

3. Kimberly-Clark Worldwide, Inc. is a wholly owned subsidiary of Kimberly-Clark Corporation.

4. Kimberly-Clark Global Sales, LLC is a wholly owned subsidiary of Kimberly-Clark Corporation.

Dated: July 14, 2015

SIDLEY AUSTIN LLP
Amy P. Lally
Darlene M. Cho

By: /s/ *Amy P. Lally*
Amy P. Lally
Attorneys for Defendants
Kimberly-Clark Global Sales LLC and
Kimberly-Clark Worldwide, Inc.